**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| LATONYA COLLINS | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Case No.: 2:24-cv-11339-MFL-CI |
| | ) |
| EQUIFAX INFORMATION SERVICES, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT**
**EQUIFAX INFORMATION SERVICES, INC.**

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff Latonya Collins and Defendant Equifax Information Services, LLC, by and through their respective undersigned counsel hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant with each party to bear its own attorney's fees and costs.

Dated: December 12, 2024

**HALVORSEN KLOTE**

By:    /s/ Joel S. Halvorsen
       Joel S. Halvorsen, #67032
       680 Craig Road, Suite 104
       St. Louis, MO  63141
       P: (314) 451-1314
       F: (314) 787-4323
       joel@hklawstl.com
       *Attorneys for Plaintiff*

**EQUIFAX INFORMATION SERVICES, LLC**

By:    /s/Jordan S. Bolton (with consent)
       Taft Stettinius & Hollister LLP
       27777 Franklin Road
       Suite 2500
       Southfield, MI 48034
       248-351-3000
       Email: jbolton@taftlaw.com
       *Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned signature below is certification that a true and correct copy of this document was sent via court's electronic filing system this 12 December 2024, to all counsel of record:

*/s/ Joel S. Halvorsen*