UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LATONYA COLLINS,

       Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC,

       Defendant.

_____/

Case No. 24-cv-11339
Hon. Matthew F. Leitman

## <u>ORDER DISMISSING CASE</u>

Pursuant to the Joint Stipulation of Dismissal With Prejudice as to Defendant

Equifax Information Services, LLC, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

       s/Matthew F. Leitman
       MATTHEW F. LEITMAN
       UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2024, by electronic means and/or ordinary mail.

       s/Holly A. Ryan
       Case Manager
       (313) 234-5126